_John Chime_ agrees and consents to become a party plaintiff in this lawsuit.



**EXHIBIT A**

_Bethany Chire_ agrees and consents to become a party plaintiff in this lawsuit.

_Bethany Chire_

**EXHIBIT A**